AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

)
)
)
EDWARD B. HUBBUCH )
*Plaintiff(s)* )
v. ) Civil Action No. 25-CV-04924
)
)
)
KOHN, ET AL. )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   788 FRANKLIN REALTY LLC
543 BEDFORD AVENUE #264
BROOKLYN, N.Y. 11211

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

BART HUBBUCH
394 LINCOLN PLACE #A5
BROOKLYN, N.Y. 11238

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: JUN 1 1 2025    *Tammi M. Hallwig*

Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

EDWARD B. HUBBUCH
_____
Plaintiff(s)

v.                                Civil Action No. 25-CV-04924

KOHN, ET AL.
_____
Defendant(s)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   WATERMARK CAPITAL GROUP, LLC
185 MARCY AVENUE, SUITE 304
BROOKLYN, N.Y. 11211

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

BART HUBBUCH
394 LINCOLN PLACE #A5
BROOKLYN, N.Y. 11238

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: JUN 11 2025      *Tammi M. Hallwig*
                                           Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

EDWARD B. HUBBUCH
*Plaintiff(s)*

v.   Civil Action No. 25-cv-04924

YOEL KOHN A/K/A JOEL KOHN, ET AL
*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   YOEL KOHN A/K/A JOEL KOHN
788 FRANKLIN REALTY LLC
543 BEDFORD AVENUE #264
BROOKLYN, N.Y. 11211

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

BART HUBBUCH
394 LINCOLN PLACE #A5
BROOKLYN, N.Y. 11238

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: JUN 11 2025

*Tammi M. Hallwig*

*Signature of Clerk or Deputy Clerk*