AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 25-cv-04924

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Yoel Kohn a/k/a Joel Kohn
was received by me on *(date)*  07/11/2025  .

☑ I personally served the summons on the individual at *(place)* his personal residence at 179 South 8th Street, Unit #3, in Brooklyn, New York 11211 at 2:31 p.m.  on *(date)*  07/11/2025  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $  15.00  for travel and $  25.00  for services, for a total of $  40.00  .

I declare under penalty of perjury that this information is true.

Date:  07/11/2025

*Server's signature*

Richard A. Blue
*Printed name and title*

7 Bay Green Lane
Port Washington, N.Y. 11050
(516) 547-1247
*Server's address*

Additional information regarding attempted service, etc:

The individual accepted the documents in the presence of two young female children and what appeared to be his housekeeper, a Hispanic female in her late 30s or early 40s.