## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWARD B. HUBBUCH,<br><br>        Plaintiff,<br><br>*v.*<br><br>YOEL KOHN a/k/a JOEL KOHN,<br>788 FRANKLIN REALTY LLC, and<br>WATERMARK CAPITAL GROUP LLC,<br>individually and doing business as<br>"SDA/WATERMARK CAPITAL MANAGEMENT,"<br><br>        Defendants. | Case No.: 25-cv-04924-JMF-SLC<br><br><br><br>**PLAINTIFF'S NOTICE OF<br>WITHDRAWAL OF MOTION** |

## PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION

Plaintiff Edward B. Hubbuch, proceeding *pro se*, respectfully submits this notice of withdrawal of his First Motion for Preliminary Injunctive Relief against Defendants YOEL KOHN a/k/a JOEL KOHN, 788 FRANKLIN REALTY LLC, and WATERMARK CAPITAL GROUP LLC filed on July 22, 2025. (*Dkt. Nos. 12, 12-1, 12-2*).

Since Plaintiff's filing of that motion, TransUnion has independently determined that the subject tradeline was fraudulent and informed Plaintiff that the tradeline in question has been permanently deleted from Plaintiff's consumer credit report. Accordingly, the relief sought in the motion is now moot.

Plaintiff therefore withdraws the motion without prejudice to future filings, and respectfully requests that the Court take no further action on it.

Dated: July 30, 2025
Brooklyn, New York

                                                Respectfully submitted,

                                                EDWARD B. HUBBUCH
                                                394 Lincoln Place #A5
                                                Brooklyn, N.Y. 11238
                                                bhubbuch@gmail.com
                                                (646) 544-7597

                                                *Pro se*

Application GRANTED.  The Clerk of Court is directed to terminate ECF Nos. 12 and 18.

                SO ORDERED.

                                    July 30, 2025