UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
EDWARD B. HUBBUCH,                                                :
:
Plaintiff,                                   :
:           25-CV-4924 (JMF)
-v-                                             :
:           ORDER
YOEL KOHN et al.,                                                 :
:
Defendants.                                  :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On **June 30, 2025**, and **July 11, 2025**, Defendants were served with the Complaint, and proof of service was filed with the Court.  *See* ECF Nos. 6, 7, 10.  To date, Defendants have failed to appear in this action.  No later than **August 18, 2025**, Plaintiff shall submit a letter addressing whether Plaintiff has had any contact with Defendants or if he has any other reason to believe that Defendants have actual notice of this lawsuit.

      Plaintiff shall serve a copy of this Order electronically and/or by first-class mail on Defendants **within four business days from the date of this Order** and shall file proof of such service **within five business days of the date of this Order**.

      SO ORDERED.

Dated: August 4, 2025
       New York, New York
                                                    JESSE M. FURMAN
                                           United States District Judge