UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
EDWARD B. HUBBUCH, :
:
Plaintiff, :
: 25-CV-4924 (JMF)
-v- :
: ORDER
YOEL KOHN et al., :
:
Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Rule 4 of the Federal Rules of Civil Procedure permits service on an individual to be made in accordance with the state law where the district court sits or where service is made. *See* Fed. R. Civ. P. 4(e)(1). New York law provides that service on an individual at a person's residence is effective if left with someone of "suitable age and discretion" *and* sent by mail within twenty days of delivery. See N.Y. C.P.L.R. § 308(2).

      In this case, Plaintiff claims that Defendant Yoel (Joel) Kohn was personally served with the summons and amended complaint at his residence on July 11, 2025. *See* ECF No. 28; *see also* ECF No. 10 (affidavit of service). The individual who received the documents at Kohn's residence, however, "audibly denied being 'Joel Kohn,'" ECF No. 28, and Plaintiff has not alleged that the summons and amended complaint were delivered by mail.

      In light of the foregoing, no later than **August 15, 2025**, Plaintiff shall submit a letter addressing why service on Defendant Kohn was proper.

      SO ORDERED.

Dated: August 5, 2025
      New York, New York

                                                JESSE M. FURMAN
                                                United States District Judge