UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
 

| | | |
|---|---|---|
| EDWARD B. HUBBUCH, | : | |
| Plaintiff, | : | 25-CV-4924 (JMF) |
| -v- | : | ORDER |
| YOEL KOHN et al., | : | |
| Defendants. | : | |

-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

  On August 25, 2025, Plaintiff filed a motion to dismiss Defendants' counterclaim under Rule 12(b) of the Federal Rules of Civil Procedure. Under Rule 15(a)(1)(B), a party has twenty-one (21) days after the service of a motion under Rule 12(b) to amend its pleading once as a matter of course.

  Accordingly, it is hereby ORDERED that Defendants shall file any amendments to their counterclaims by **September 15, 2025.** Pursuant to Local Civil Rule 15.1, available at https://www.nysd.uscourts.gov/rules, any amended pleading should be filed with a redline showing all differences between the original and revised filings. Defendants will not be given any further opportunity to amend the pleading to address issues raised by the motion to dismiss.

  If Defendants do amend, by four (4) weeks after the amended complaint is filed, Plaintiff shall: (1) file an answer to any counterclaims; (2) file a new motion to dismiss; or (3) file a letter on ECF stating that he relies on the previously filed motion to dismiss. If Plaintiff files a new motion to dismiss, the Court will deny the previously filed motion to dismiss as moot. If Plaintiff files a new motion to dismiss or indicates that he relies on his previously filed motion to

dismiss, any opposition shall be filed within fourteen days, and any reply shall be filed within fourteen days of any opposition.

If no amended answer is filed, Defendant shall file any opposition to the motion to dismiss by **September 15, 2025**. Plaintiff's reply, if any, shall be filed by **September 29, 2025.**

Finally, Plaintiff should refrain from filing any further "Notices" regarding information or allegations relating to this case, *see* ECF Nos. 46, 47, and 49, unless the Notice pertains to a request for relief, such as the motion to dismiss (in which case the Notice should specify the relevance of the information or allegations to that request for relief).

SO ORDERED.

Dated: August 26, 2025
       New York, New York

                                        JESSE M. FURMAN
                                      United States District Judge