UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWARD B. HUBBUCH,

                Plaintiff,

-v-

CIVIL ACTION NO. 25 Civ. 4924 (JMF) (SLC)

**ORDER**

YOEL KOHN a/k/a JOEL KOHN, et al.,

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred to the undersigned for settlement. (Dkt. No. 58). Accordingly, a Telephone Conference to schedule a Settlement Conference is scheduled for **October 17, 2025, at 10:30 a.m. ET** on the Court's conference line. The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time. The parties shall be prepared to discuss their availability, and that of their clients, for a Settlement Conference, as well as their preferred format for the Settlement Conference (in-person, by telephone, or by videoconference hosted either by the Court on WebEx or by the parties on an alternative platform).

Dated:     New York, New York
            October 1, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge