# Law Offices of
# ANDREW M. TILEM, ESQ.
228 MONTROSE AVENUE ~ BROOKLYN, NEW YORK 11206
TEL: (718) 497-2552 ~ FAX: (718) 497-1146

November 6, 2025

Hon Jesse M. Furman
40 Foley Square
New York, NY 10007

Re:    Hubbuch v. Kohn et al
Case#    25-CV-4924

Dear Honorable Jesse M. Furman:

My office filed an amended answer last week (doc #66). Attached to the amended answer was a copy of the lease and guarantee (doc #66.1). The guarantee contained personal confidential information.

This was discovered as the same documents were filed in State Court and the State Court sent a immediate notification. The ECF clerk was notified immediately and the filing was temporarily sealed.

Pursuant to ECF Rule 21.7 please allow this letter to save as a formal request for document #66.1 to be formally sealed. A redacted version will be filed once this filing is formally sealed.

Thank you for your consideration in this matter.

Very truly yours,

Andrew M. Tilem

CC:    Bart Hubbuch
       bhubbuch@gmail.com
       394 Lincoln Place, #A5
       Brooklyn NY 11238

Application GRANTED. The Clerk of Court is directed to make Exhibit #1 of the Amended Answer, ECF No. 66-1, viewable by only the Court and the filing party. The redacted version shall be filed no later than November 12, 2025. The Clerk of Court is directed to terminate ECF No. 67.

SO ORDERED.

November 7, 2025