UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
EDWARD B. HUBBUCH,

                Plaintiff,

                      25-CV-4924 (JMF)

-v-

                      ORDER

YOEL KOHN et al.,

                Defendants.

------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Mindful of the upcoming settlement conference in this case, the Court, by separate Amended Order of Reference dated today, is broadening the scope of the reference to Magistrate Judge Sarah L. Cave to general pretrial purposes, which includes Plaintiff's pending motions. *See* ECF Nos. 68, 73-74. To be clear, unless and until the Court orders otherwise, the referral does not encompass any dispositive motions, which will be handled by the undersigned.

       SO ORDERED.

Dated: November 17, 2025
       New York, New York

                                        JESSE M. FURMAN
                                        United States District Judge