UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWARD B. HUBBUCH,

                        Plaintiff,

-v-

YOEL KOHN a/k/a JOEL KOHN, et al.,

                        Defendants.

CIVIL ACTION NO. 25 Civ. 4924 (JMF) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This action has now been referred to the undersigned for settlement and general pretrial management, including scheduling, discovery, and non-dispositive pretrial motions. (Dkt. No. 78 (the "Amended Referral")). Accordingly, the motions of Plaintiff Edward B. Hubbuch ("Mr. Hubbuch") to compel and for sanctions, (Dkt. No. 73 (the "First Motion")), and for an order deeming Watermark Capital Group LLC and Watermark Capital Management LLC interchangeable alter egos and to compel the production of documents, (Dkt. No. 74 (the "Second Motion," together the "Motions")), fall within the scope of the Amended Referral.

The Court previously scheduled an **in-person** settlement conference (the "Conference") on December 9, 2025 at 2:00 p.m. ET. (Dkt. No. 62). The Court encourages the parties to focus their efforts on preparing for productive negotiations during the Conference. Accordingly, the Motions are **DENIED WITHOUT PREJUDICE** pending the outcome of the Conference. If the matter does not settle at the Conference, the Court will schedule a case management conference to discuss fact discovery and set a pretrial schedule.

2

Further, in light of the Amended Referral, Mr. Hubbuch's motion to refer the issue of sanctions to the undersigned (Dkt. No. 68) is **DENIED** as moot.

The Clerk of Court is respectfully directed to close Dkt. Nos. 68, 73, and 74.

Dated: New York, New York
November 18, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge

2