UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWARD B. HUBBUCH,

                          Plaintiff,

     -v-                                                    CIVIL ACTION NO. 25 Civ. 4924 (JMF) (SLC)

                                                                            **ORDER**

YOEL KOHN a/k/a JOEL KOHN, et al.,

                          Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of pro se Plaintiff Edward B. Hubbuch's ("Mr. Hubbuch") motion to compel Defendants Yoel Kohn a/k/a Joel Kohn ("Mr. Kohn"), 788 Franklin Realty LLC, and Watermark Capital Group LLC individually a/k/a SDA/Watermark Capital Management (together, the "Defendants") to produce "all named Defendants and true corporate decision-makers [such as Wolfe Landau ("Mr. Landau") and David Tabak ("Mr. Tabak")] with requisite signing authority" for the December 9, 2025 settlement conference (the "Conference").  (Dkt. No. 81 (the "Motion")).  In response to the Motion, Defendants' counsel represented that Malky Kahan ("Ms. Kahan") will attend the Conference and that Ms. Kahan "has the full authority [] [t]o discuss an[d] agree to any reasonable settlement based upon the confidential settlement proposal outline in our letter dated December 2, 2025."  (Dkt. No. 82).  Defendants' counsel also represented that Mr. Kohn will be available by telephone during the Conference and that he does not believe he has communicated with either Mr. Tabak or Mr. Landau with regard to any of the related matters.  (Id.)

In light of Defendants' counsel's representations that Ms. Kahan possesses the requisite authority to attend the Conference, and that Mr. Kohn will be available by telephone during the Conference, (see Dkt. No. 82), the Motion is **DENIED** and the Conference will proceed as scheduled in person on **December 9, 2025 at 2:00 p.m. ET** in Courtroom 18A, 500 Pearl Street, New York, New York.

The Clerk of Court is respectfully directed to close Dkt. No. 80.

Dated:      New York, New York
            December 5, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

2