UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWARD B. HUBBUCH,

                            Plaintiff,

        -v-                                                    CIVIL ACTION NO. 25 Civ. 4924 (JMF) (SLC)

                                                               **ORDER**

YOEL KOHN a/k/a JOEL KOHN, et al.,

                            Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

The Court held an in-person settlement conference on December 9, 2025, which did not result in a settlement.  This action having been referred to the undersigned for settlement and general pretrial management, (Dkt. No. 78), on or before **December 30, 2025**, the parties shall file a proposed discovery schedule including an amended deadline for the completion of all fact discovery and interim deadlines for requests for production, interrogatories pursuant to Local Civil Rule 33.3, and depositions (the "Proposed Schedule").

A case management conference to discuss the Proposed Schedule will be held in person on **January 7, 2026, at 11:15 a.m. ET** (the "Conference") in Courtroom 18A, 500 Pearl Street, New York, New York, 10007.  Any participant requesting permission to bring an electronic device (e.g., cellphone, laptop, tablet) into the Courthouse for use at the Conference must email to Chambers (Cave_NYSDChambers@nysd.uscourts.gov) a completed Electronic Device Order on or before **December 30, 2025**.  The Electronic Device Order form is available on the Court's website

at https://nysd.uscourts.gov/forms/fillable-form-electronic-devices-general-purpose.


Dated:          New York, New York
                December 9, 2025


                              SO ORDERED.


                              _____
                              SARAH L. CAVE
                              United States Magistrate Judge