UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWARD B. HUBBUCH,

Plaintiff,

-v-

YOEL KOHN a/k/a JOEL KOHN, et al.,

Defendants.

CIVIL ACTION NO. 25 Civ. 4924 (JMF) (SLC)

**AMENDED ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court's Order at Dkt. No. 99 is **AMENDED** as follows:

The Court held an in person case management conference yesterday, January 7, 2026 (the "Conference"), at which Plaintiff Edward B. Hubbuch ("Mr. Hubbuch") appeared in person and Defendants appeared telephonically.[1]

At the Conference, Mr. Hubbuch indicated that he is seeking the following discovery:

1. Depositions of Malky Kahan, Yoel Kohn, Wolfe Landau and/or Chaskel (a/k/a Chesky) Landau,[2] and David Tabak;

2. Documents concerning:  (i) Damages, including Defendants' valuation, revenue, assets, and net worth between 2020 and 2025, along with Defendants' internal communications regarding credit reporting practices, policies, and knowledge of impact on tenant financing; (ii) Enterprise Liability and the Tradeline, including Defendants' ESI protocol and audit trail for the Tradeline, and ESI among

---

[1] The Court warned Defendants that future failure to appear in person when ordered may be sanctionable.
[2] Mr. Hubbuch stated at the Conference that he is unaware of whether Wolfe Landau and Chaskel (a/k/a Chesky) Landau are the same person or are two different people.

Defendants concerning edits and deletions to the wmcap.com website; (iii) nonparty discovery including subpoenas to Spurlonga Data & Analytics, Credit Reporting Agencies, and web development and hosting providers for the wmcap.com website.

Defendants indicated that they are seeking discovery concerning damages and intend to take Mr. Hubbuch's deposition.  Defendants represented that they do not anticipate seeking nonparty discovery.

Following the Conference, the Court **ORDERS** the following:

1. All fact discovery shall be completed by **April 7, 2026**.

2. The parties shall serve requests for the production of documents, interrogatories, and requests for admissions by **January 9, 2026**.  Responses shall be due by **February 9, 2026**.

3. The parties shall meet and confer regarding any disputes concerning their discovery requests consistent with Local Civil Rule 37.2 and the undersigned's Individual Rules and Practice in Civil Cases.  (See https://www.nysd.uscourts.gov/sites/default/files/practice_documents/SLC%20Cave%20Individual%20Practices%20in%20Civil%20Cases%203.17.25.pdf).

4. Another case management conference will be held **in person** on **February 24, 2026, at 2:00 p.m. ET** in Courtroom 18A, 500 Pearl Street, New York, New York, 10007.  Any participant requesting permission to bring an electronic device (e.g., cellphone, laptop, tablet) into the Courthouse for use at the February 24, 2026 conference must email to Chambers

(Cave_NYSDChambers@nysd.uscourts.gov) a completed Electronic Device Order on or before **February 18, 2026**. The Electronic Device Order form is available on the Court's website at https://nysd.uscourts.gov/forms/fillable-form-electronic-devices-general-purpose.

5. Each party may submit a letter, limited to 1,400 words, identifying any disputes ripe for the Court's attention by **February 20, 2026**.

6. In advance of the February 24, 2026 conference, the parties shall meet and confer regarding a Protective Order. A Model Proposed Protective Order form is available on the Court's website at https://www.nysd.uscourts.gov/sites/default/files/practice_documents/SLC%20Cave%20Model%20Confidentiality%20Stipulation%20and%20Proposed%20Protective%20Order.pdf.

7. The parties shall order a copy of the Conference transcript using the annexed form by **January 12, 2026**.

Dated:      New York, New York
            January 8, 2026

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

## Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters.  The transcript will be delivered to your office and you will be  invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for  the transcription services described herein. This form should not be submitted for the purpose of obtaining  a price estimate.
**NOTE:**  CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request).
Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE  SERVICE:
(prices listed are per page)

| Daily $7.30 | 3 Day $6.55 | 7 Day $5.85 | 14 Day $5.10 | 30 Day $4.40 |
|---|---|---|---|---|
| ◯ | ◯ | ◯ | ◯ | ◯ |

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

| RESET | PRINT | SAVE | EMAIL |
|---|---|---|---|