UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWARD B. HUBBUCH,

                Plaintiff,

  -v-

YOEL KOHN a/k/a JOEL KOHN, et al.,

                Defendants.

CIVIL ACTION NO. 25 Civ. 4924 (JMF) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On January 7, 2026, the Court held an in-person case management conference (the "Conference"). Pursuant to the Court's Order at Dkt. No. 99, the parties were required to order a copy of the Conference transcript by January 12, 2026. (Dkt. No. 99). To date, neither party has ordered a copy of the Conference transcript. Given that Plaintiff Edward B. Hubbuch is pro se, Defendants Yoel Kohn a/k/a Joel Kohn, 788 Franklin Realty LLC, Watermark Capital Group LLC a/k/a SDA/Watermark Capital Management shall order a copy of the Conference transcript by **January 26, 2026** using the form annexed to the Court's Order at Dkt. No. 99.

Dated:      New York, New York
           January 22, 2026

                    SO ORDERED.

                    _____
                    SARAH L. CAVE
                    **United States Magistrate Judge**