UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWARD B. HUBBUCH,

                Plaintiff,

  -v-

YOEL KOHN a/k/a JOEL KOHN, et al.,

                Defendants.

CIVIL ACTION NO. 25 Civ. 4924 (JMF) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the docket entries dated February 3, 2026 stating that the Pro Se Intake Office issued subpoenas (the "Subpoenas") to pro se Plaintiff Edward B. Hubbuch ("Mr. Hubbuch") for Meir D. Tabak a/k/a David Tabak, Wolfe Landau, and Chaskel Landau a/k/a Chesky Landau (together, the "Recipients").  (Dkt. Entries dated Feb. 3, 2026).  On or before **February 18, 2026**, Mr. Hubbuch shall file proof of service of the Subpoenas on the Recipients.

Dated:      New York, New York
            February 4, 2026

                      SO ORDERED.

                      _____
                      SARAH L. CAVE
                      **United States Magistrate Judge**