UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWARD B. HUBBUCH,

                Plaintiff,

    -v-

YOEL KOHN a/k/a JOEL KOHN, et al.,

                Defendants.

CIVIL ACTION NO. 25 Civ. 4924 (JMF) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On March 17, 2026, the Court issued an Order directing pro se Plaintiff Edward B. Hubbuch ("Mr. Hubbuch") to file proof of service ("PoS") of: (i) Plaintiff's two motions for a discovery conference concerning his nonparty subpoenas (the "Subpoenas"), (Dkt. No. 134–134-3 (the "Baker Motion"); 135–135-2 (the "TransUnion Motion") (together, the "Motions")); and (ii) the Court's Order at Dkt. No 136 (the "March 17 Order") on Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, and TransUnion Interactive, Inc. (together, the "Recipients"). (Dkt. No. 136). Due to docketing error, however, the Order docketed at Dkt. No. 136 was incorrect and related to a different case. The error has now been corrected, and the Order at Dkt. No. 136 is the correct March 17 Order.

On March 18, 2026, Plaintiff filed the PoS of the Motions and the March 17 Order on the Recipients. (Dkt. Nos. 137–38). Given that the Order at Dkt. No. 136 was incorrect, however, it appears that Plaintiff did not serve the March 17 Order on the Recipients but instead served the incorrect Order.

Accordingly, now that the Order at Dkt. No. 136 is the correct March 17 Order, the Clerk of Court is respectfully directed to mail a copy of the March 17 Order, (Dkt. No. 136), as well as a copy of this Order, to the following Recipients:

- Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
  1600 West End
  Suite 200
  Nashville, TN 37203
  Attention: John S. Hicks, Esq.

- TransUnion Interactive, Inc.
  10333 N. Meridian St.
  Suite 200
  Indianapolis, Indiana, 46290
  Attention: Willliam Huse, Esq.

The Court reminds the Recipients that on or before **April 7, 2026**, the Recipients shall each file a response to their respective Motion, particularly responding to Mr. Hubbuch's proposals to narrow the Subpoenas.  (See Dkt. No. 136).

Dated:        New York, New York
              March 19, 2026

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge

2