UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWARD B. HUBBUCH,

                            Plaintiff,

        -v-                                              CIVIL ACTION NO. 25 Civ. 4924 (JMF) (SLC)

                                                                      **ORDER**

YOEL KOHN a/k/a JOEL KOHN, et al.,

                            Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

On March 16, 2026, pro se Plaintiff Edward B. Hubbuch ("Mr. Hubbuch") filed two letter

motions for a discovery conference concerning his non-party subpoenas (the "Subpoenas") to

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC ("Baker"), and TransUnion

Interactive, Inc. ("TransUnion") (together, the "Recipients").  (Dkt. No. 134–134-3 (the "Baker

Motion"); 135–135-2 (the "TransUnion Motion") (together, the "Motions")).  On April 7, 2026,

the Recipients filed separate responses to the Motions.  (Dkt. Nos. 146; 150).

There is presently an in-person case management conference scheduled in this matter for

**April 14, 2026 at 2:00 p.m. ET** (the "Conference") in Courtroom 18A, 500 Pearl Street, New York,

New York, 10007.  (Dkt. No. 136 at 2).  The Recipients are **DIRECTED** to attend the Conference to

discuss the Motions.  The Recipients are invited to attend the Conference in-person but may

appear telephonically if they wish.  If the Recipients wish to attend telephonically, they shall call

(855) 244-8681; access code: 2308 226 4654, at the scheduled time.  If the Recipients wish to

attend the Conference in-person and need to bring electronic devices (e.g., cellphone, laptop,

tablet) into the Courthouse for use at the Conference, they may email a completed Electronic

Device Order to Chambers (Cave_NYSDChambers@nysd.uscourts.gov) by **April 10, 2026**.  The

Electronic    Device    Order    form    is    available    on    the    Court's    website    at

https://nysd.uscourts.gov/forms/fillable-form-electronic-devices-general-purpose.

The Clerk of Court is respectfully directed to mail a copy of this Order to the following

Recipients:

- Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
  1600 West End
  Suite 200
  Nashville, TN 37203
  Attention: John S. Hicks, Esq.

- TransUnion Interactive, Inc.
  10333 N. Meridian St.
  Suite 200
  Indianapolis, Indiana, 46290
  Attention: Willliam Huse, Esq.


Dated:        New York, New York
              April 7, 2026

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

2