UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

EDWARD B. HUBBUCH,

Plaintiff,

-v-

YOEL KOHN et al.,

Defendants.

---------------------------------------------------------------------X

25-CV-4924 (JMF) (SLC)

ORDER

JESSE M. FURMAN, United States District Judge:

In light of the parties' recent submissions, *see* ECF Nos. 175-77, the referral to Magistrate Judge Sarah L. Cave, *see* ECF No. 58, is hereby withdrawn; the stay entered on May 4, 2026, *see* ECF No. 163, is lifted; and Defendants are granted leave to file a motion to dismiss this action. Any motion to dismiss shall be filed no later than **September 2, 2026**; and any opposition to such a motion shall be filed no later than **October 2, 2026**; and any reply shall be filed no later than **October 9, 2026**. Pending a ruling on Defendants' anticipated motion to dismiss, the matter will be held in abeyance.

The Clerk of Court is directed to terminate the reference to Magistrate Judge Cave and to terminate ECF Nos. 175 and 176.

SO ORDERED.

Dated: August 18, 2026
New York, New York

JESSE M. FURMAN
United States District Judge