UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| EDWARD B. HUBBUCH, Plaintiff, -v- YOEL KOHN et al., Defendants. | : | 25-CV-4924 (JMF) ORDER WITHDRAWING THE REFERENCE |

JESSE M. FURMAN, United States District Judge:

For the avoidance of doubt, the Court's August 18, 2026 Order, ECF No. 178, was intended to withdraw the reference to Magistrate Judge Sarah L. Cave in its entirety — not only ECF No. 58 but also ECF Nos. 78 and 93.

SO ORDERED.

Dated: September 3, 2026
New York, New York

JESSE M. FURMAN
United States District Judge