UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

EDWARD B. HUBBUCH,

Plaintiff,

-v-

YOEL KOHN et al.,

Defendants.

---------------------------------------------------------------------X

25-CV-4924 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

On August 18, 2026, the Court issued an Order that established a briefing schedule for Defendants' motion for summary judgment. ECF No. 178. Plaintiff, however, filed his memorandum in opposition to the motion nearly a month ahead of the deadline. *See* ECF No. 185. In light of that, Defendants shall file their reply, if any, no later than **September 24, 2026**.

Separately, the Court notes that Plaintiff docketed his memorandum of law as his "first." ECF No. 185. For avoidance of doubt: Plaintiff may not file another memorandum of law — or any additional opposition papers, for that matter — without *first* obtaining the Court's permission to do so.

SO ORDERED.

Dated: September 11, 2026
New York, New York

JESSE M. FURMAN
United States District Judge